IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

HARRY LUIS SANTANA LAMBOY

XXX-XX-8251

Debtor(s)

CASE NO. 14-09530 MCF

Chapter 13

**FILED & ENTERED ON 8/23/2017**

## ORDER

Creditor Ocwen Loan Servicing, LLC's is ordered to supplement its response to debtor's objection to claim (docket #54) within 30 days.

SO ORDERED.

San Juan, Puerto Rico, this 23 day of August, 2017.

*Mildred Cabán*

Mildred Caban Flores
U.S. Bankruptcy Judge